# United States District Court
# For The Western District of North Carolina
# Asheville Division

Tommy Carver, et al,

    Plaintiff(s),

vs.

Boyd Bennett, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv283

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/3/09 Order.

August 7, 2009

FRANK G. JOHNS, CLERK

BY: /Sharon Wilson
    Deputy Clerk